UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-against-                                                                                          20 civ 10582 (CM)

KARINA CHAIREZ,

        Defendant.

-------------------------------------------------------------x

## ORDER DIRECTING RESPONSE

McMahon, J.:

    I have received a motion from Defendant, which sets out a perfectly plausible basis for me to conclude that she never received notice of this civil action, in which the SEC has obtained a default judgment, based on its representation that it served Defendant at an address that apparently is not hers. I find this whole situation odd, since Ms. Chairez was a defendant in a simultaneously filed criminal case, in which it appears that she was convicted, since she is presently incarcerated at a federal correctional facility. Service in the civil action could easily have been effected through her criminal defense counsel or even in person at the courthouse where her criminal action was being heard (it was not assigned to me). The court notes that it questioned whether the SEC had actually served Defendant at her correct address and received assurances only "on information and belief."

    The Commission has 14 days from the date the motion was made, or until Monday, November 4, 2024, to respond to the motion. I will NOT be granting any extension of time.

Dated: New York, New York
       October 24, 2024

                                                     U.S.D.J.

Copies mailed/faxed/handed to counsel on 10/24/2024

BY ECF TO THE SEC
BY FIRST CLASS MAIL TO DEFENDANT AT:
    #79242-097
    Victorville Camp FCI Med I
    PO Box 5300
    Adelante, CA 92301